MILTON SCHNAIER, Respondent, *v.* THE ONWARD CON-
STRUCTION COMPANY et al., Appellants, Impleaded with
Others.

*Schnaier* v. *Onward Construction Co.*, 138 App. Div. 909, affirmed.
(Argued November 2, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered June 22, 1910, affirming a judgment in favor of
plaintiff entered upon the report of a referee in an action
to foreclose a mechanic's lien.

*L. Laflin Kellogg* and *Hiram R. Fisher* for appellants.

*Milton Mayer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WIL-
LARD BARTLETT, HISCOCK and COLLIN, JJ.

---

JOHN C. ROBBINS, Respondent, *v.* ELLEN D. CLOCK,
Appellant.

*Robbins* v. *Clock*, 131 App. Div. 917, affirmed.
(Argued November 2, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered April 10, 1909, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
Special Term in an action to compel specific performance
of a contract to convey real property.

*Alfred W. Varian* for appellant.

*Le Roy M. Young* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WIL-
LARD BARTLETT, HISCOCK and COLLIN, JJ.